# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

In re:

United States of America

    Plaintiff(s),       CASE NO.  16-10006
  v.       JUDGE  Laurie J Michelson

Volkswagen AG, et al

    Defendant(s).
_____

## NOTICE OF MULTI DISTRICT LITIGATION TRANSFER

TO:  U.S. District Court
      Northern District of California

The above entitled case has been transferred to your Court pursuant to a CONDITIONAL TRANSFER ORDER in Multi District Litigation 2672.

## NOTICE TO LITIGANTS

Please take notice that the above case has been transferred to the above named Court for inclusion in MULTI DISTRICT LITIGATION 2672.  Please file all future documents with the court listed above.

            DAVID J. WEAVER, CLERK OF COURT

Date: January 15, 2016      By  s/Sarah Schoenherr
                                        Deputy Clerk

## CERTIFICATION

I hereby certify that this Notice was served on the parties and/or counsel of record.

            DAVID J. WEAVER, CLERK OF COURT

Date: January 15, 2016      By  s/Sarah Schoenherr
                                        Deputy Clerk